Kevin EDWARDS, Plaintiff–Appellant,

v.

Sherri DARDEN, Defendant–Respondent.

No. 72042.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 10, 1998.

Robert H. Pedroli, Clayton, for plaintiff–appellant.

Denis C. Burns, Godfrey, Vandover & Burns, Inc., St. Louis, for defendant–respondent.

Before CRAHAN, C.J., RICHARD B. TEITELMAN, J., and GERALD M. SMITH, Senior Judge.

*ORDER*

PER CURIAM.

Plaintiff appeals from the denial of his motion for a new trial in his personal injury action against defendant resulting from an automobile accident. The Court's denial of plaintiff's new trial motion was a proper exercise of its discretion, and no error of law appears. An extended opinion would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).

George WEBBER, Plaintiff–Respondent,

v.

Tom OWENS and Imperial Cartage Company, Defendants–Appellants.

No. 72229.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 10, 1998.

Sanford Goffstein, Lori R. Koch, Goffstein, Raskas, Pomerantz, Kraus, Sherman, Ruthmeyer & Susman, L.L.C., St. Louis, for defendants–appellants.

Rex Carr, Carr, Korein, Tillery, Kunin, Montroy, Cates & Glass, St. Louis, for plaintiff–respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

ORDER

PER CURIAM.

Tom Owens and Imperial Cartage Company, Defendants, appeal from the judgment entered upon a jury verdict in favor of George Webber on his damages claim for personal injuries.

We have reviewed the briefs of the parties, the legal file and the record on appeal and find the claims of error to be without merit. There was sufficient evidence to support the jury verdict. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential or jurisprudential value. Judgment affirmed in accordance with Rule 84.16(b).